IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | |
|---|---|
| CLETUS C. WILLIAMS, PRO SE, § <br> TDCJ-CID #1543403, § <br> COUNTY #95714, § <br> § <br> v. § <br> § <br> Officer NFN NOWTON, § <br> Sergeant BERRY CARDEN, § <br> Chief ROBERT TAYLOR, § <br> UNNAMED OFFICERS OF AMARILLO § <br>    POLICE DEPARTMENT, § <br> POTTER COUNTY SHERIFFS § <br>    DEPARTMENT MEDICAL STAFF, and § <br> UNNAMED OFFICERS OF POTTER § <br>    COUNTY SHERIFFS DEPARTMENT, § <br> § <br>    Defendants. § | 2:08-CV-0228 |

## ORDER OF DISMISSAL

Plaintiff CLETUS C. WILLIAMS, while a prisoner incarcerated in the custody of the Potter County Detention Center, filed suit pursuant to Title 42, United States Code, section 1983 complaining against the above-named defendants and was granted permission to proceed in forma pauperis.

On December 15, 2008, the Court issued a Notice of Deficiency Order giving plaintiff thirty days in which to cure noted deficiencies by submitting, in relevant part, an amended complaint on the form provided by the Court. After expiration of the period for compliance with the Order, the Court issued a Report and Recommendation that the instant cause be dismissed pursuant to Rule 41, Fed.R.Civ.P., for failure to comply with the December 15th deficiency order.

The period for response has expired; and no objections have been filed by plaintiff.

The Court has made an independent examination of the records in this case and has examined the Magistrate Judge's Report and Recommendation. The Court is of the opinion that the Report and Recommendation of the United States Magistrate Judge should be ADOPTED by the United States District Court.

This Court, therefore, does hereby ADOPT the Report and Recommendation of the United States Magistrate Judge in this case.

IT IS THEREFORE ORDERED:

The referral of the instant cause to the United States Magistrate Judge is hereby withdrawn.

This Civil Rights Complaint is DISMISSED WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

The Clerk will mail a copy of this Order to the plaintiff and to any attorney of record by first class mail.

IT IS SO ORDERED.

ENTERED this _____ day of March, 2009.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE